# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL RODI, Administrator** of the Estate of TYHEIM BROWN a/k/a TYHEIJM J-SEAN BROWN, deceased :<br><br>**Plaintiff**<br><br>v<br><br>**KENNETH R. WILLIAMS and GUS GENETTI OF WILLIAMSPORT, INC.:** a/k/a GENETTI LYCOMING HOTEL a/k/a GENNETTI HOTEL & SUITES, :<br><br>**Defendants** : | **CIVIL ACTION NO. 4:12-1379**<br><br>**(JUDGE MANNION)** |

## ORDER

AND NOW, upon consideration of the Petition for Approval of the Settlement in a Wrongful Death Action, Doc. 59, and the brief in support, Doc. 63, it is hereby **ORDERED** and **DECREED** that:

**(1)** The Petition for Approval of the Settlement in a Wrongful Death Action is **GRANTED**.

**(2)** Plaintiff is authorized to enter into a settlement with Defendant, Gus Genetti of Williamsport, Inc., in the gross sum of $345,000.00. The settlement shall be allocated 100% as wrongful death benefits and 0% as survival action benefits. Defendant shall forward all settlement drafts or checks to the Plaintiff's counsel for proper distribution.

**(3)** The settlement funds allocated to the Wrongful Death Claim shall be distributed as follows:

Bernard Bland $212,047.28; Ginsburg & Associates Counsel Fees $115,000.00; and Ginsburg & Associates Reimbursement of Costs $17,952.72.

                                                s/ *Malachy E. Mannion*
                                            **MALACHY E. MANNION**
                                            **United States District Judge**

**Date: April 23, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-1379-01-Order.wpd